UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 17-mc-51168
Hon. John Corbett O'Meara

v

TOMMY LEE JONES,

        Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

        Garnishee.

_____/

FILED
CLERK'S OFFICE
AUG 2 3 2017
U.S. DISTRICT COURT
EASTERN MICHIGAN

## WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:    Michigan Department of Treasury
                          Third Party Withholding Unit
                          P.O. Box 30785
                          Lansing, Michigan 48909

An application for Writ of Continuing Garnishment against the property of TOMMY LEE JONES, whose Social Security No. is \*\*\*-\*\*-8738, has been filed with this Court. A judgment has been entered in Case No. 15CR20713 01, and there is presently owing the amount of $10,300.00, exclusive of costs and post-judgment interest, computed through August 22, 2017, from Defendant, TOMMY LEE JONES, USP Tucson, P.O. Box 24550, Tucson, AZ 85734. The United States is

represented by Jacqueline M. Hotz, United States Attorney's Office, 211 West Fort, Suite 2001, Detroit, Michigan 48226. **You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.**

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Court Clerk at: Theodore Levin Courthouse, 231 West Lafayette, 5th Floor, Detroit, Michigan 48226. Additionally, you are required by law to serve a copy of your answer to this writ upon the debtor, TOMMY LEE JONES, USP Tucson, P.O. Box 24550, Tucson, AZ 85734 and upon the attorney for the Government: Jacqueline M. Hotz, United States Attorney's Office, 211 W. Fort, Suite 2001, Detroit, 48226.

Pursuant to the provisions of Section 3613(a) of Title 18, there may be property which is exempt from this Writ of Garnishment. All non-exempt property belonging to TOMMY LEE JONES, including but not limited to twenty-five percent (25%) of the non-exempt disposable earnings owed to TOMMY LEE JONES, must be withheld from and retained by you pending further order of the Court.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good

cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property.

It is unlawful to pay or deliver to the defendant any item attached by this writ. Additionally, you may be held liable for a reasonable attorney's fee to the United States of America. Questions are to be directed to Jacqueline M. Hotz, United States Attorney's Office, 211 W. Fort Street, Suite 2001, Detroit, Michigan 48226.

DAVID WEAVER
UNITED STATES DISTRICT COURT CLERK
EASTERN DISTRICT OF MICHIGAN

By: _____
Deputy Clerk

Dated: 8/23/17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,         Case No. 17-mc-51168
                                    Hon. John Corbett O'Meara

v

TOMMY LEE JONES,

           Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

           Garnishee.
_____/

## CLERK'S NOTICE OF GARNISHMENT

You are hereby notified that a garnishment is being taken by the United States of America which has a judgment in Case No. 15CR20713 01 in the United States District Court for the Eastern District of Michigan, Southern Division in the sum of $10,300.00. A balance of $10,300.00, exclusive of accrued interest, remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if TOMMY LEE JONES can show that the exemptions apply.

The exemptions that apply are those identified in Section 3613 of Title 18.

You have a right to ask the Court to apply any exemption to which you feel you are entitled. You have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it claims you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

**If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing.** If you wish, you may use the request for hearing included in this package. You must either mail it or deliver it in person to the Clerk of the United States District Court at Theodore Levin Courthouse, 231 W. Lafayette, 5th Floor, Detroit, Michigan 48226. You must also send a copy of your request to Jacqueline M. Hotz, United States Attorney's Office, 211 W. Fort St., Suite 2001, Detroit, Michigan 48226 notifying the Government that you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

**At the hearing you must be prepared to explain to the judge why you think the Government is not entitled to the funds garnished.**

You will receive a copy of the answer, as prepared by the Garnishee. **If you do not agree with the information as set forth by the garnishee you may request a hearing. If you want a hearing, you must notify the court within 20 days after receipt of the answer. Your request must be in writing.**

If you wish, you may use the request for hearing included in this package. You must either mail it or deliver it in person to the Clerk of the United States District Court at Theodore Levin Courthouse, 231 W. Lafayette, 5th Floor, Detroit, Michigan 48226. You must also send a copy of your request to the Garnishee and to Jacqueline M. Hotz, United States Attorney's Office, 211 W. Fort St., Suite 2001, Detroit, Michigan 48226 notifying the Government that you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing you may explain to the judge why you object to the information contained in the answer.

**If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding be transferred by the court to the Federal judicial district in which you reside.** You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at Theodore Levin Courthouse, 231 W. Lafayette, 5th Floor, Detroit, Michigan 48226. You must also send a copy of your request to Jacqueline M. Hotz, United States Attorney's Office, Financial Litigation Unit, 211 W. Fort Street, Suite 2001, Detroit, Michigan 48226.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer or an office of public legal assistance. *The Clerk or the Court is not permitted to give legal advice, but can refer you to other sources of information.*

                DAVID WEAVER
                UNITED STATES DISTRICT COURT CLERK
                EASTERN DISTRICT OF MICHIGAN

Dated: 8/23/17    By: _____
                            Deputy Clerk

DS2